UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ALBERT J. SLINEY,
Plaintiff-Petitioner,

-vs-

DISCIPLINARY BOARD OF RHODE ISLAND,
Defendant-Respondent.

CA 06 359 S

Case No.

NOTICE OF ADMINISTRATIVE APPEAL

I, ALBERT J. SLINEY, the Plaintiff-Petitioner in the above captioned matter, does so hereby serve NOTICE that Plaintiff APPEALS AN ADMINISTRATIVE NO RESPONSE DELAY BY THE DISCIPLINARY BOARDS REFUSAL TO ACT ON SUCH COMPLAINT MADE BY THE PLAINTIFF IN THIS MATTER, such complaint was forwarded on August 8, 2005, and without any response or findings by the Disciplinary Board, Plaintiff now gives Notice to this Honorable Court.

August 3, 2006

Cc: Inmate file
[Disciplinary Board]

encl: Complaint
pages 7of 7

Respectfully Presented,

Albert Sliney

ALBERT J. SLINEY, Pro-se
BOP REG. NO.04965-070
FCI RAY BROOK
P.O. BOX 9006
RAY BROOK, NEW YORK 12977

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ALBERT J. SLINEY,
Plaintiff/Petitioner,

-vs-

DISCIPLINARY DOARD OF
RHODE ISLAND,
Defendant/Respondent.

Case CA 06 359

## CERTIFICATE OF SERVICE

I, ALBERT J. SLINEY, the Plaintiff/Petitioner in the above captioned matter, does so hereby affirm under penalty of perjury, pursuant to 28 U.S.C. § 1746(1), that a true and correct copy of the foregoing NOTICE OF APPEAL has been forwarded to:

Chief Disciplinary Counsel
THE DISCIPLINARY BOARD OF
RHODE ISLAND
John E. Fogarty Judicial Annex
24 Weybosset Street, 2nd Floor
Providence, Rhode Island 02903

Respectfully Presented,

ALBERT J. SLINEY, Pro-se
BOP Reg. No.04965-070