AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

ALBERT J. SLINEY

V.

DISCIPLINARY BOARD OF RHODE ISLAND

## JUDGMENT IN A CIVIL CASE

Case Number: C.A. NO. 06-359S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT, DISCIPLINARY BOARD OF RHODE ISLAND, AGAINST PLAINTIFF, ALBERT J. SLINEY.**

September 6, 2006
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk