United States District Court · District of Rhode Island

David A. DiMarzio
Clerk of Court

**_UNITED STATES DISTRICT COURT_**
**_District of Rhode Island_**

Paulette J. Dube
Chief Deputy Clerk

August 10, 2006

I/m recieved Mail
8-15-06 (AE)

RE: CA 06-359S

Dear Sir:

The court is in receipt of your complaint filed on August 8, 2006. Although your complaint has been accepted and filed, you did not include your filing fee of $350.00. Please submit your filing fee on or before August 18, 2006 or complete and return the enclosed Petition to Proceed In Forma Pauperis.

Failure to pay the filing fee or file a Petition to Proceed In Forma Pauperis may result in further court action.

Sincerely,

Deputy Clerk

One Exchange Terrace • Federal Building and Courthouse • Providence, RI 02903 • Tel: (401) 752-7200 • Fax: (401) 752-7247